IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No   CR-98-0070 VRW |
| Plaintiff, | ORDER |
| v | |
| HOWARD M VOGEL, | |
| Defendant. / | |

Defendant filed an application for bail pending the court's decision on defendant's motion for a new trial. Doc #447. The court has since issued an order denying defendant's new trial motion. Doc #448. Accordingly, the court DENIES AS MOOT defendant's application for bail.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge